UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-20963-CIV-GAYLES/TURNOFF

DIONISIO CAMPOS PUPO, *and all others similarly situated under 29 U.S.C. § 216(b)*,

      Plaintiffs,

vs.

PREFERRED BUILDING SERVICES, INC.,

      Defendant.

## NOTICE OF ATTORNEY APPEARANCE

**COMES NOW** Plaintiff, by and through undersigned counsel, and hereby files Plaintiff's Notice of Attorney Appearance, and in support thereof states as follows:

1. The undersigned, Julia M. Garrett, Esq. on behalf of the firm J.H. Zidell, P.A., hereby files her notice of appearance.

    Respectfully Submitted,

    J.H. Zidell, P.A.
    *Attorneys for Plaintiff*
    300 71st Street, Suite 605
    Miami Beach, Florida 33141
    Tel: (305) 865-6766
    Fax: (305) 865-7167

    By: /s/ Julia M. Garrett
    Julia M. Garrett, Esq.
    Florida Bar Number: 105151

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on April 13, 2015, on all counsel or parties of record on the Service List below.

        J.H. Zidell, P.A.
        *Attorneys for Plaintiff*
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167

        By:__/s/ Julia M. Garrett_____
        Julia M. Garrett, Esq.
        Florida Bar No.: 105151

## SERVICE LIST

| | |
|---|---|
| Patrick Gerald DeBlasio, III<br>Littler Mendelson, P.C.<br>Wells Fargo Center<br>333 SE 2nd Avenue<br>Suite 2700<br>Miami, FL 33131<br>305 400-7506<br>Fax: 305-603-2552<br>Email: pdeblasio@littler.com<br>*Attorney for Defendant* | Theresa Maureen Vreeland<br>Littler Mendelson, P.C.<br>Wells Fargo Center<br>333 S.E. 2nd Avenue<br>Suite 2700<br>Miami, FL 33131<br>305-400-7500<br>Fax: 305-603-2552<br>Email: tvreeland@littler.com<br>*Attorney for Defendant* |