# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DIONISIO CAMPOS PUPO and all others similarly situated under 29 U.S.C. 216(b),<br><br>        Plaintiff,<br>vs.<br><br>PREFERRED BUILDING SERVICES, INC.,<br><br>        Defendants. | 15-CV-20963-Gayles/Turnoff |



3/15/15ED
SERVED
DATE
TIME        10:49??
BY
Jose Hernandez
Father

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
PREFERRED BUILDING SERVICES, INC.
Registered Agent: Francisco Hernandez
7003 North Waterway Drive, #216
Miami, FL 33155

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __March 10, 2015__

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. *15-2963*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____Pastafarus Sailing Service, in___

was received by me on *(date)* _____3/10/15_____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ___Francisco Henry Go___, who is designated by law to accept service of process on behalf of *(name of organization)* ___Pastafarus Sailing Services, inc___ on *(date)* __3/15/15__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __20.00__ for travel and $ __20.00__ for services, for a total of $ __40.00__ .

I declare under penalty of perjury that this information is true.

Date: __3/15/15__

_____
Server's signature

Frank Ayllon
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: