UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-20963-CIV-GAYLES/TURNOFF

DIONISIO CAMPOS PUPO, *and all others* )
*similarly situated under 29 U.S.C. § 216(b)*, )
                             )
                         Plaintiffs, )
      vs. )
                             )
PREFERRED BUILDING SERVICES, INC., )
                             )
                   Defendant. )
_____ )

## NOTICE OF ATTORNEY APPEARANCE

**COMES NOW** Plaintiff, by and through undersigned counsel, and hereby files

Plaintiff's Notice of Attorney Appearance, and in support thereof states as follows:

1. The undersigned, Elizabeth O. Hueber, Esq. on behalf of the firm J.H. Zidell, P.A.,

    hereby files her notice of appearance.

                                   Respectfully Submitted,

                                   J.H. Zidell, P.A.
                                   *Attorneys for Plaintiff*
                                   300 71st Street, Suite 605
                                   Miami Beach, Florida 33141
                                   Tel: (305) 865-6766
                                   Fax: (305) 865-7167

                                   By:  /s/ Elizabeth O. Hueber
                                   Elizabeth O. Hueber
                                   Florida Bar Number: 0073061

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on

April 22, 2015, on all counsel or parties of record on the Service List below.

J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By:___/s/ Elizabeth O. Hueber_____
Elizabeth O. Hueber
Florida Bar No.: 0073061

## SERVICE LIST

| | |
|---|---|
| Patrick Gerald DeBlasio, III<br>Littler Mendelson, P.C.<br>Wells Fargo Center<br>333 SE 2nd Avenue<br>Suite 2700<br>Miami, FL 33131<br>305 400-7506<br>Fax: 305-603-2552<br>Email: pdeblasio@littler.com<br>*Attorney for Defendant* | Theresa Maureen Vreeland<br>Littler Mendelson, P.C.<br>Wells Fargo Center<br>333 S.E. 2nd Avenue<br>Suite 2700<br>Miami, FL 33131<br>305-400-7500<br>Fax: 305-603-2552<br>Email: tvreeland@littler.com<br>*Attorney for Defendant* |