IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-CV-20963-DPG

DIONISIO CAMPOS PUPO and all others )
similarly situated under 29 U.S.C. 216(b), )
                                          )
    Plaintiff                             )
                                          )
v.                                        )
                                          )
PREFERRED BUILDING SERVICES,              )
INC.,                                     )
                                          )
    Defendant.                            )
                                          )

**JOINT CONFERENCE REPORT AND JOINT SCHEDULING REPORT
AND JOINT DISCOVERY PLAN**

    The Parties, by and through their undersigned counsel, submit this Joint Conference Report, Joint Scheduling Report and Joint Discovery Plan pursuant Rule 26(f) and Rule 16(b) of the Federal Rules of Civil Procedure, Rule 16.1 of the Local Rules of the United States District Court for the Southern District of Florida, and this Court's Order Setting Status Conference (ECF No. 11). The undersigned counsel have conferred regarding the matters set forth in the foregoing and hereby submit the following report:

**DISCOVERY PLAN**

**Initial disclosures**

The parties have agreed to exchange initial disclosures by June 12, 2015.

**Discovery**

Each party intends to propound written discovery and notice depositions subject to any restrictions imposed by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Florida. The parties do not believe that discovery should be conducted in phases, or that it should be limited or focused upon any

particular issues, other than those likely to lead to the discovery of admissible evidence in the instant action. The parties believe that an appropriate date for the deadline to conduct all discovery would be February 19, 2016.

**ESI**

The parties are not aware of any present issues relating to the disclosure or discovery of electronically stored information.

**Discovery limitations**

The parties do not believe that any changes should be made in the limitations on discovery imposed under these rules or by local rule.

### REPORT OF THE PARTIES' CONFERENCE PURSUANT TO S.D. FLA. L.R. 16.1(b)(2)

**The likelihood of settlement**

The Parties have been unable to resolve the case. However, they will continue to explore settlement, in good faith, as the case progresses.

**The likelihood of appearance in the action of additional parties**

Plaintiff intends to utilize the FLSA's opt-in process regarding this matter to adequately determine whether any legally similarly-situated employees may be added. The Parties have not identified additional parties at this time, but they may be identified during the course of discovery.

**Proposed limits on the time**

The Parties propose that this case be placed on a standard management track, and propose the following time limits:

| | | |
|---|---|---|
| i. | Joinder of other parties and amend the pleadings | September 15, 2015 |
| ii. | Deadline to file proposed order scheduling mediation | June 26, 2015 |
| iii. | All fact discovery must be completed | February 1, 2016 |
| iv. | Expert discovery must be completed | February 19, 2016 |
| v. | Plaintiff's disclosure of expert witness(es) | January 8, 2016 |
| vi. | Defendant's disclosure of expert witness(es) | January 22, 2016 |
| vii. | Deadline to file dispositive motions | March 11, 2016 |

| | | |
|---|---|---|
| viii. | Deadline to complete mediation | March 4, 2016 |
| ix. | All pretrial motions and memoranda of law (including motions in limine and Daubert motions) due | May 9, 2016 |
| x. | Parties shall meet in preparation of joint pretrial stipulation | May 23, 2016 |
| xi. | Parties are to exchange written witness and exhibit lists | June 2, 2016 |
| xii. | Deadline to file joint pretrial stipulation | June 20, 2016 |
| xiii. | Deadline to file proposed jury instructions | June 27, 2016 |

**Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or pretrial summary judgment**

Presently, the Parties do not have any proposals for the formulation and simplification of issues. However, the Parties will continue to consider in good faith ways of simplifying the matters in this case and eliminating frivolous claims or defenses, as well as the number and timing of motions for summary judgment or partial summary judgment.

**The necessity or desirability of amendments to the pleadings**

The parties do not anticipate that they will need to amend the pleadings.

**The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence**

The Parties agree to attempt to stipulate concerning the authenticity and admissibility of documentary evidence to be offered at trial. The Parties shall utilize the required joint pretrial stipulation for that purpose.

**Suggestions for the avoidance of unnecessary proof and of cumulative evidence**

The Parties agree to attempt to stipulate concerning the authenticity and admissibility of documentary evidence to be offered at trial. The Parties shall utilize the required joint pretrial stipulation for that purpose.

**Suggestions on the advisability of referring matters to a Magistrate Judge or master**

The Parties do not consent to the trial or final disposition of this matter by a Magistrate Judge or Master. However, the Parties agree to have discovery motions referred to the Magistrate Judge.

**A preliminary estimate of the time required for trial**

The Parties agree that this is a standard track case requiring approximately 3 1/2 days of trial. Plaintiff has requested a jury trial.

**Requested date or dates for conferences before trial, a final pretrial conference, and trial**

Final Pretrial Conference        July 2016

Calendar call                    July 2016

Trial                            July 2016

**Any other information that might be helpful to the Court in setting the case for status or pretrial conference**

None at this time.

DATED this 22nd day of May 2015                Respectfully submitted,


  /s/ Julia M. Garrett_____          /s/ *Theresa M. Vreeland*_____
Julia M. Garrett, Esq.                         Patrick G. DeBlasio, III
Florida Bar No. 0105151                        Florida Bar No. 0871737
Email:                                         Email: pdeblasio@littler.com
zabogado@aol.comzabogado@aol.comjgarrett.      Theresa M. Vreeland
jhzidellpa@gmail.com                           Florida Bar No. 0096161
J.H. Zidell, P.A.                              Email: tvreeland@littler.com
300 71st Street, Suite 605
Miami Beach, FL 33141                          LITTLER MENDELSON, P.C.
Telephone: (305) 865-6766                      Wells Fargo Center
Facsimile:  (305) 865-7167                     333 SE 2nd Avenue
                                               Suite 2700
ATTORNEYS FOR PLAINTIFF                        Miami, FL  33131
                                               305.400.7500
                                               305.675.8497 (Fax)

                                               ATTORNEYS FOR DEFENDANT
                                               PREFERRED BUILDING SERVICES, INC.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 22nd day of May 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

　　　　　　　　　　　　　　　　　　　　　__/s/ *Theresa M. Vreeland*_____
　　　　　　　　　　　　　　　　　　　　　Theresa M. Vreeland

U.S. District Court
Southern District of Florida (Miami)
CIVIL DOCKET FOR CASE NO: 1:15-cv-20963-DPG

**COUNSEL FOR PLAINTIFF:**
J. H. Zidell, Esq.
Florida Bar No. 0010121
Email: zabogado@aol.com
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Facsimile:  (305) 865-7167
 *[Via Notice of Electronic Filing]*

**COUNSEL FOR DEFENDANT:**
Patrick G. DeBlasio, III
Florida Bar No. 0871737
E-mail:  pdeblasio@littler.com
Theresa M. Vreeland
Florida Bar No. 0096161
E-mail:  tvreeland@littler.com
Littler Mendelson, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, Florida  33131
Telephone:  (305) 400-7500
Facsimile: (305) 603-2552
*[Via Notice of Electronic Filing]*

Firmwide:133625199.1 051480.1006