IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-CV-20963-DPG

DIONISIO CAMPOS PUPO and all others )
similarly situated under 29 U.S.C. 216(b), )
                                                        )
     Plaintiff )
                                                        )
v. )
                                                        )
PREFERRED BUILDING SERVICES, INC., )
                                                        )
     Defendant. )

**DEFENDANT PREFERRED BUILDING SERVICES, INC.'S**
**CERTIFICATE OF INTERESTED PERSONS**

Defendant, PREFERRED BUILDING SERVICES, INC. ("Defendant"), by and through the undersigned counsel, hereby discloses the following:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    a.    Dionisio Campos Pupo (Plaintiff)

    b.    J.H. Zidell, Esq. (Counsel for Plaintiff)

    c.    J.H. Zidell, P.A. (Counsel for Plaintiff)

    d.    Preferred Building Services (Defendant)

    e.    Patrick G. DeBlasio, III, Esq. (Counsel for Defendant)

    f.    Theresa M. Vreeland, Esq. (Counsel for Defendant)

    g.    Littler Mendelson, P.C. (Counsel for Defendant)

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

None.

4. The name of each victim (individual or corporate), including every person who may be entitled to restitution:

a. Dionisio Campos Pupo (Plaintiff)

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 22nd day of May 2015.                Respectfully submitted,

                                                  LITTLER MENDELSON, P.C.
333 SE 2nd Avenue, Suite 2700
Miami, FL  33131
Tel:  (305) 400-7500
Fax: (305) 603-2552

By:     /s/ *Theresa M. Vreeland*
Patrick G. DeBlasio, III
Florida Bar No. 0871737
E-mail: pdeblasio@littler.com
Theresa M. Vreeland
Florida Bar No. 0096161
E-mail: tvreeland@littler.com

*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of May, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Theresa M. Vreeland*
Theresa M. Vreeland

U.S. District Court
Southern District of Florida (Miami)
**CIVIL DOCKET FOR CASE NO: 1:15-cv-20963-DPG**

**COUNSEL FOR PLAINTIFF:**
J. H. Zidell, Esq.
Florida Bar No. 0010121
Email: zabogado@aol.com
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Facsimile:  (305) 865-7167
 [Via Notice of Electronic Filing]


**COUNSEL FOR DEFENDANT:**
Patrick G. DeBlasio
Florida Bar No. 0871737
E-mail:  pdeblasio@littler.com
Theresa M. Vreeland
Florida Bar No. 0096161
E-mail:  tvreeland@littler.com
Littler Mendelson, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, Florida  33131
Telephone:  (305) 400-7500
Facsimile: (305) 603-2552
[Via Notice of Electronic Filing]


Firmwide:133709401.1 051480.1006